IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN MINIEX, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-00624 |
| | § | |
| HOUSTON HOUSING AUTHORITY and TORY GUNSOLLEY, Individually, | § § | JURY TRIAL DEMANDED |
|    Defendants. | § | |

**DEFENDANT HOUSTON HOUSING AUTHORITY'S
DESIGNATION OF EXPERT WITNESSES**

Defendant Houston Housing Authority designates the following expert witnesses in the above-numbered and entitled cause:

1. Dwight D. Steward, Ph.D.
   Economist
   3636 Executive Center Dr.
   Colorado Building, Suite G50
   Austin, Texas 78731
   (512) 476-3711

Mr. Steward may testify regarding economic issues including back pay, front pay, and labor market availability. He is expected to testify as to Plaintiff's economic loss, if any, and Plaintiff's replacement employment opportunities. Mr. Steward's opinions are based on his background, education, training, experience, qualifications and the documents he has reviewed concerning this matter. The factual observations, mental impressions, conclusions and opinions are derived from his April 13, 2018 expert report previously produced to Plaintiff. He may also provide rebuttal testimony to Plaintiff's expert report prepared by Haran Levy and Jeremy Robin of BDO USA, LLP.

2. John J. Hightower
   OLSON & OLSON, L.L.P.
   Wortham Tower, Suite 600
   2727 Allen Parkway
   Houston, Texas 77019-2133
   (713) 533-3800

Mr. Hightower may testify regarding reasonable and necessary attorney's fees and rebut attorney's fees testimony offered by Plaintiff. His resume is available at www.olsonllp.com/lawyers.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By: */s/ Brian J. Begle*
BRIAN J. BEGLE
Southern District ID No. 15767
State Bar No. 00785311
bbegle@olsonllp.com
L. SCOTT BOUNDS
Southern District ID No. 1038
State Bar No. 02706000
sbounds@olsonllp.com
PATRICIA L. HAYDEN
Southern District ID No. 8786
State Bar No. 09269200
phayden@olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone:   (713) 533-3800
Facsimile:   (713) 533-3888

**ATTORNEYS FOR DEFENDANT,
HOUSTON HOUSING AUTHORITY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2018, a copy of *Defendant Houston Housing Authority's Designation of Expert Witnesses* was served on the following attorneys, as indicated:

Zenobia Harris Bivens                                    *Via electronic service*
Joel M. Androphy
BERG &ANDROPHY
3704 Travis Street
Houston, Texas 77002
zbivens@bafirm.com
jandrophy@bafirm.com

                                                      */s/ Brian J. Begle*
                                                      BRIAN J. BEGLE

C.A. No. 4:17-cv-00624; *Miniex v. Houston Housing Authority*
HHA's Designation of Expert Witnesses                                      Page 3