# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN MINIEX, <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-00624 |
| HOUSTON HOUSING AUTHORITY, <br> Defendant. | § § § | |

**PLAINTIFF KAREN MINIEX'S PROPOSED**
<u>**VOIR DIRE QUESTIONS**</u>

Plaintiff Karen Miniex, by and through her undersigned counsel, respectfully submits the following proposed *voir dire* questions to be asked of prospective jurors. Further, Plaintiff respectfully requests an opportunity for her counsel to be able to individually question prospective jurors after the Court has concluded its inquiries.

1. Have you ever worked for a company that had a contract to do work for a government agency?

2. Have you ever been responsible for ensuring compliance with a government contract?

3. Have you, a family member, or close friend ever been terminated or fired from a job? If yes, please describe the circumstances.

4. Have you, a family member, or close friend ever been investigated, disciplined, or reprimanded at work? If yes, please describe the circumstances.

5. Have you, or someone close to you, ever filed any type of employment grievance or lawsuit against an employer? Describe the circumstances.

1

Respectfully Submitted,

/s/ *Zenobia Harris Bivens*
Zenobia Harris Bivens
State Bar No. 24065378
Joel M. Androphy
State Bar No. 01254700
Victoria Mery
State Bar No. 24094845
Michael Hurta
State Bar No. 24097860
Berg & Androphy
3740 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785
Email: zbivens@bafirm.com
Email: jandrophy@bafirm.com
Email: vmery@bafirm.com
Email: mhurta@bafirm.com

*Attorneys for Plaintiff Karen Miniex*

CERTIFICATE OF SERVICE

    This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System.

    Dated this 26th day of February, 2019.

                                                       /s/ *Victoria R. Mery*
                                                     Victoria R. Mery