# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN MINIEX, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-00624 |
| | § | |
| HOUSTON HOUSING AUTHORITY, | § | |
| Defendant. | § | |

**STIPULATION TO EXCLUDE CERTAIN EVIDENCE**

The Parties to the above-captioned case, by and through their attorneys, have entered into the following Stipulation to Exclude Certain Evidence and hereby submit this Stipulation for approval by the court:

1. Any evidence of, or reference to, Ms. Miniex's Equal Employment Opportunity Commission ("EEOC") complaint shall be **EXCLUDED**, and such evidence shall not at any time be presented or alluded to in the presence of prospective jurors or the jurors ultimately selected to hear this case.

**APPROVED** _____        **DENIED** _____

Respectfully submitted,

| | |
|---|---|
| /s/ *Victoria R. Mery* | /s/ *Brian J. Begle* (By Permission) |
| Zenobia Harris Bivens | Brian J. Begle |
| State Bar No. 24065378 | Southern District ID No. 15767 |
| Joel M. Androphy | State Bar No. 00785311 |
| State Bar No. 01254700 | bbegle@olsonllp.com |
| Victoria R. Mery | Andrea Chan |
| State Bar No. 24094845 | Southern District ID No. 14940 |
| Michael Hurta | State Bar No. 04086600 |
| State Bar No. 24097860 | achan@olsonllp.com |
| Berg & Androphy | OLSON & OLSON, L.L.P. |
| 3740 Travis Street | Wortham Tower, Suite 600 |
| Houston, Texas 77002 | 2727 Allen Parkway |
| zbivens@bafirm.com | Houston, Texas 77019 |

1

| | |
|---|---|
| jandrophy@bafirm.com <br> vmery@bafirm.com <br> mhurta@bafirm.com <br> Telephone (713) 529-5622 <br> Facsimile (713) 529-3785 | Telephone: (713) 533-3800 <br> Facsimile: (713) 533-3888 |
| Attorneys for Plaintiff Karen Miniex | ATTORNEYS FOR DEFENDANT, <br> HOUSTON HOUSING AUTHORITY |

CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System.

    Dated this 26th day of February, 2019.

                                                                                       */s/Victoria R. Mery*_____
                                                                                       Victoria R. Mery
                                                                                       BERG & ANDROPHY