United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KAREN MINIEX,       §<br>          Plaintiff,       §<br>                           §<br>v.                         §<br>                           §<br>HOUSTON HOUSING AUTHORITY, §<br>          Defendant.      § | CIVIL ACTION NO. 4:17-00624 |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered this day, it is hereby

**ORDERED** that judgment is **GRANTED** in favor of Plaintiff Karen Miniex and Miniex may recover from Defendant Houston Housing Authority ("HHA") the following:

- Back pay enhanced under 31 U.S.C. § 3730(h)(2): $741,502.00;

- Pre-judgment interest on back pay: $46,786.16

- Front Pay: $600,000.00;

- Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment in life: $317,750.00;

- Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment in life: $215,000.00;

- Post judgment interest at a rate of 2.43%, as provided by 28 U.S.C. § 1961; and

- Attorneys' fees and costs to be determined on post-judgment motion.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this 17th day of **April, 2019.**

                                    _____
                                                NANCY F. ATLAS
                                    SENIOR UNITED STATES DISTRICT JUDGE