United States District Court
Southern District of Texas
**ENTERED**
September 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN MINIEX, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-00624 |
| | § | |
| HOUSTON HOUSING AUTHORITY, | § | |
|     Defendant. | § | |

## AMENDED FINAL JUDGMENT

In accordance with the Memorandum and Order dated September 5, 2019 [Doc. # 276], and the Memorandum and Order on Fees and Costs dated September 13, 2019 [Doc. # 277], it is hereby

**ORDERED** that the Final Judgment entered April 17, 2019 [Doc. # 242] is **VACATED**. It is further

**ORDERED** that judgment is **GRANTED** in favor of Plaintiff Karen Miniex and Miniex may recover from Defendant Houston Housing Authority ("HHA") the following:

- Back pay enhanced under 31 U.S.C. § 3730(h)(2): $741,502.00;

- Pre-judgment interest on back pay: $46,786.16

- Front Pay: $216,861.00;

- Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment in life: $217,070.34;[1]

- Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment in life: $100.00;

- Attorney fees: $898,429.00;

- Litigation costs: $53,900.89;

- Post judgment interest at a rate of 1.72%, as provided by 28 U.S.C. § 1961.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this 16th day of **September, 2019.**

*[signature]*

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Miniex has consented to a $100,679.66 remittitur of her past noneconomic damages, resulting in a $217,070.34 award of past noneconomic damages. Notice of Election Regarding Remittitur [Doc. # 278].