IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN MINIEX | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action Number 4:17-CV-000624 |
| | § | |
| HOUSTON HOUSING AUTHORITY | § | |
| | § | |
| *Defendant* | | |

## ORDER GRANTING INTERVENER'S MOTION FOR REHEARING AND TO TRANSFER

The Court considered Intervener's Motion for Rehearing on the Court's Memorandum and Order granting Plaintiff's Motion to Dismiss Intervener's Motion to Vacate the Arbitration Final Award and to Transfer. After consideration of the Motion and all responses, the Court is of the opinion that the Motion for Rehearing should be GRANTED.

It is, therefore, adjudged and decreed that the Motion to Transfer is hereby GRANTED and Intervener's Motion to Vacate the Arbitration Final Award is transferred to Civil Action No. 4:20-CV-01477; *Karen Miniex, The Law Office of E. Sharon Thornton, LLC*.

SIGNED this _____ day of _____, 2020.

_____
JUDGE PRESIDING