United States District Court
Southern District of Texas
**ENTERED**
September 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAREN MINIEX, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-0624 |
| § | |
| HOUSTON HOUSING AUTHORITY, § | |
| *et al.*, § | |
| Defendants. § | |

### ORDER

The Court has received Intervenor's Motion for Rehearing and to Transfer [Doc. # 322]. It is hereby

**ORDERED** that Intervenor may file the Motion to Vacate Arbitration Award in Civil Action No. 20-1477. If filed by **October 2, 2020**, the Motion to Vacate Arbitration Award will be deemed timely.

SIGNED at Houston, Texas, this  24th  day of **September, 2020.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\624MRehearing.wpd    200924.1004